# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| Carlton Lyons,    *Plaintiff*, | )<br>)<br>) |
| v. | )    Civil Action No. |
| Hyatt Hotels Corporation,<br>American Uro-Gynecologic Society, Inc.,<br>and<br>Andaz Mayakoba Resort<br>Riviera Maya<br>    *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT AND JURY DEMAND

COMES NOW the Plaintiff, Carlton Lyons, by counsel, Andrew B. Jones, and respectfully submits this *Complaint and Jury Demand*.

Plaintiff, Carlton Lyons, by counsel, Andrew B. Jones, hereby respectfully moves the Court for entry of judgment in his favor against the Hyatt Hotels Corporation, American Uro-Gynecologic Society, Inc., and Andaz Mayakoba Resort Riviera Maya. In support of this Complaint, Plaintiff avers as follows:

### A. JURISDICTION AND VENUE

1. Plaintiff, Carlton Lyons, is a citizen of St. Joseph County, Indiana, and Plaintiff resides at 51694 West Gatehouse Drive, South Bend, Indiana.

2. Defendant, Hyatt Hotels Corporation ("Hyatt"), is a corporation incorporated in, and a citizen of, the State of Delaware.

3. Defendant, American Uro-Gynecologic Society, Inc. ("AUGS"), is a corporation incorporated in, and a citizen of, the State of California.

4. Defendant, Andaz Mayakoba Resort Riviera Maya ("Resort"), is an alien entity owned by Defendant Hyatt Hotels Corporation, and upon information and belief, is a citizen of Mexico.

5. The amount in controversy is in excess of $75,000.

6. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 due to diversity of citizenship and the amount in controversy.

7. Venue is proper in the Northern District of Indiana due to Plaintiff's resident location.

### B. NATURE OF THE CASE

8. Plaintiff, Carlton Lyons, brings this action due to injuries he sustained in a collision on February 21, 2019.

### C. CAUSE OF ACTION - NEGLIGENCE

9. Plaintiff incorporates paragraphs 1 through 7 stated above, as if fully set forth herein.

10. Plaintiff is a medical doctor.

11. On February 21, 2019, Plaintiff was practiced medicine with a specialty in uro-gynecology.

12. On February 21, 2019, Plaintiff was attending a medical conference organized by AUGS.

13. AUGS determined the location of the medical conference.

14. AUGS hosted the medical conference.

15. On February 21, 2019, Plaintiff was attending the AUGS medical conference at the Resort, in the State of Quintana Roo, Mexico.

16. The Resort is owned by Hyatt.

17. The Resort is operated by Hyatt.

18. On February 21, 2019, Plaintiff was a business invitee of AUGS, the Resort, and Hyatt, and paid AUGS, the Resort, and Hyatt to stay at the Resort.

19. On February 21, 2019, the Resort and Hyatt provided Plaintiff with transportation, via shuttle, to and from the restaurant located within the Resort property.

20. On February 21, 2019, Plaintiff was riding in the shuttle from the restaurant to the hotel.

21. The shuttle was driven by an employee of the Resort and Hyatt.

22. While driving the Plaintiff on February 21, 2019, the shuttle driver was traveling at an excessive speed and negligently lost control of the shuttle and hit boulders.

23. The shuttle's collision with the boulders resulted in serious injuries sustained by the Plaintiff.

24. Plaintiff sustained those serious injuries through no fault of his own.

25. Prior to the collision described in Paragraph 21, Plaintiff was employed as a practicing physician.

26. Prior to the collision described in Paragraph 21, Plaintiff's annual salary was in excess of $75,000.

27. Due to the Plaintiff's injuries sustained in the collision described in Paragraph 21, Plaintiff was unable to continue with his medical practice.

28. Plaintiff's damages exceed $75,000.

## C. JURY DEMAND

29. Plaintiff, Carlton Lyons, requests trial by jury on all issues so triable.

## D. PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Carlton Lyons, respectfully requests judgment against Defendants as follows:

1. For appropriate compensatory damages against all Defendants in an amount to be determined at trial; and

2. For such other and further relief to which Plaintiff may show himself justly entitled.

Respectfully submitted,

JONES LAW OFFICE LLC

/s/ Andrew B. Jones
Andrew B. Jones, #29686-71
Attorney for Plaintiff
224 W. Colfax Ave.
Suite 100
South Bend, Indiana 46601
574-239-7017
andrew@attorney-jones.com